UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61928-CIV-HUCK/O'SULLIVAN

KEVIN GRICE,

     Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Respondent.

_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court upon Plaintiff's Motion for Summary Judgment (D.E. #16), filed May 6, 2009. The Honorable John J. O'Sullivan, United States Magistrate Judge, issued a Report and Recommendation on the Motion (D.E. #27), recommending that the Motion for Summary Judgment be granted and the case remanded to the Administrative Law Judge. Plaintiff has not objected to the Report and Recommendation so he is not challenging the factual findings contained in it. The Court has independently reviewed the Report and Recommendation, and the record, and finds that the Report and Recommendation contains a thorough and well-reasoned recommendation consistent with the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions in the report. Accordingly, it is hereby

ORDERED that the Report and Recommendation (D.E. #27) is adopted, Plaintiff's Motion for Summary Judgment (D.E. #16) is granted, and the case is remanded to the Administrative Law Judge for further consideration. All pending motions are denied as moot ant the clerk shall close this case.

DONE AND ORDERED in Chambers, Miami, Florida, November 17, 2009.

PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge John J. O'Sullivan
All Counsel of Record