UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-61928-CV-HUCK/O'SULLIVAN

KEVIN GRICE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER

THIS MATTER is before the Court on the Unopposed Application for Attorney Fees Under the Equal Access to Justice Act (DE # 29, 12/7/09). This motion was referred to United States Magistrate Judge John J. O'Sullivan by the Honorable Paul Huck. On December 16, 2009, the defendant filed his response (DE # 30, 12/16/09) to the plaintiff's motion indicating that the defendant has no objection to a payment of Equal Access to Justice Act (EAJA) fees in the amount of $5,971.93. The defendant further indicated that the plaintiff has obtained a signed agreement assigning any fee under the EAJA to the plaintiff's attorney, and that, based on that submission, the defendant has no objection of the fees being paid directly to the plaintiff's attorney. The undersigned has reviewed the application for fees and finds that the requested amount of fees is reasonable. Accordingly, it is

    ORDERED AND ADJUDGED that the Unopposed Application for Attorney Fees

Under the Equal Access to Justice Act (DE # 29, 12/7/09) is GRANTED, the plaintiff is awarded $5,971.93 in EAJA fees that should be made payable to the plaintiff's attorney.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of December, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:

U.S. District Court Judge Huck

Counsel of Record